**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**RONNIE RAY STRONG**                                                                               **PETITIONER**

v.                                                 **CIVIL ACTION NO. 3:13-cv-130-MPM-JMV**

**STATE OF MISSISSIPPI**                                                         **RESPONDENT**

*And*

**RONNIE RAY STRONG**                                                           **PETITIONER**

v.                                                 **CIVIL ACTION NO. 2:12-cv-143-MPM-JMV**

**STATE OF MISSISSIPPI, ET AL.**                                        **RESPONDENT**

**<u>ORDER</u>**

Before the court is a motion to consolidate actions [6] filed by the respondent in *Strong v. State of Mississippi,* 3:13-cv-130-MPM-JMV( "*Strong*"). Specifically, the respondent seeks an order consolidating *Strong* with *Strong v. State of Mississippi, et al.*, 2:12-cv-143-MPM-JMV, on the grounds that these cases involve a common question of law or fact, challenge the same pleas and sentences, and judicial economy would be beneficially served. After considering the motion, the court finds it to be well taken and should be granted.

On March 18, 2013, Strong filed a petition for writ of habeas corpus in Cause No. 3:13-cv-130-MPM-JMV, which appears to challenge his guilty plea and sentence for armed robbery and possession of a firearm by a felon in the Circuit Court of Panola County, Mississippi. Strong previously filed a habeas petition challenging these same guilty pleas and resulting sentences, which was docketed in Cause No. 2:12-cv-143-MPM-JMV. Respondent moved to dismiss Strong's petition in that cause. This court has recently restored respondent's motion to dismiss in that cause to the active docket and that motion is currently pending before the court. The

arguments contained in the Cause No. 2:12-cv-143-MPM-JMV motion to dismiss address substantially the same issues that are raised in the later-filed cause of action, and in Cause No. 3:13-cv-130-MPM-JMV, petitioner does not appear to raise any additional arguments that were not previously addressed.

The court concludes the motion is well taken, and the cases will be consolidated. Accordingly,

**IT IS, THEREFORE, ORDERED** that the respondent's motion to consolidate actions is hereby **GRANTED**.

**SO ORDERED**, this 28th day of February, 2014.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**